UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LOVELL,<br><br>            Plaintiff,<br><br>      v.<br><br>MAYNARD,<br><br>            Defendant. | Case No. 25-cv-05619-TSH<br><br>**ORDER TO SHOW CAUSE** |

On July 11, 2025, the Court granted Plaintiff David Lovell's application to proceed in forma pauperis and directed the Clerk of Court to issue summons and for the U.S. Marshal to serve Defendant. ECF No. 4. On August 21 the Marshal returned the summons unexecuted, stating the Alameda County Sheriff's Office advised that Deputy Maynard is no longer an employee. ECF No. 10. As such, the Court ordered Plaintiff to provide Defendant's address for service by October 17, 2025. ECF No. 11. After Plaintiff failed to respond, the Court extended the deadline to October 30, 2025, and warned him that this case may be dismissed for failure to prosecute if he failed to provide Defendant's service address by October 30. ECF No. 12. Plaintiff has still failed to respond.

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-33 (1962). Accordingly, the Court **ORDERS** Plaintiff David Lovell to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by November 20, 2025. Notice is hereby provided that failure to file a written response will be deemed an admission that you do not intend to prosecute, and this

case will likely be dismissed.  Thus, it is imperative the Court receive a written response by November 20.

The Court again encourages Plaintiff to seek assistance from the Federal Pro Bono Project, a free service offered by the Justice & Diversity Center of the Bar Association of San Francisco. You may request an appointment by emailing fedpro@sfbar.org or calling 415-782-8982.  At the Federal Pro Bono Project, you will be able to speak with an attorney who may be able to provide basic legal help but not representation.  More information is available at https://www.cand.uscourts.gov/pro-se-litigants/.

Plaintiff may also wish to obtain a copy of this District's *Handbook for Litigants Without a Lawyer*, which provides instructions on how to proceed at every stage of your case.  The handbook is available in person at the Clerk's Office and online at: https://www.cand.uscourts.gov/pro-se-litigants/.

**IT IS SO ORDERED.**

Dated: November 6, 2025

THOMAS S. HIXSON
United States Magistrate Judge